

FILED & JUDGMENT ENTERED
Steven T. Salata

Jan 17 2013

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
**Charlotte Division**

IN RE:

Randy Scott Chitwood
Constance Efird Chitwood

SSN#: XXX-XX-8055
SSN#: XXX-XX-3619

Chapter 13
CASE NO:   12-30287
Related Court Docket Number: 35

## ORDER

ON 01/16/2013, AFTER NOTICE, THIS MATTER CAME ON FOR HEARING UPON:

Motion to Dismiss Case or to Modify Plan

AND, THIS COURT FINDS that:
[ Y/N ]  Debtors present          [ Y/N ] BRIAN T BAIN  present
[ ✓ ] Plan payments are in substantial default.
[ ✓ ] Debtors can resume payments __February 2013__.
[ ] _____

IT IS, THEREFORE, ORDERED that:
[ ] Case is hereby dismissed.
[ ] Case subject to dismissal without further notice upon payment default for _____.
[ ] Case subject to dismissal if not converted to Chapter 7 within _____ days.
[ ✓ ] Plan payments are to resume at/to be changed to $ __5,715.00__ per month.
[ ] Plan composition percentage is set at _____%.
[ ✓ ] Plan term set at __60__ months; minimum unsecured dividend is adjusted as necessary.
[ ] Case subject to dismissal if plan payments not completed by _____.
[ ] Plan term is extended as necessary.
[ ✓ ] Attorney for debtors allowed presumptive, non-base fee of $ __200.00__.
[ ] Hearing is continued to _____.
[ ✓ ] Motion is denied.
[ ] _____

This Order has been signed electronically, pursuant to administrative order of the Court. Effective as of date of entry.

Laura T. Beyer
UNITED STATES BANKRUPTCY COURT JUDGE

CERTIFICATE OF SERVICE

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on January 17, 2013.

Randy Scott Chitwood & Constance Efird Chitwood, 6420 Long Meadow Lane, Charlotte, NC 28210

L. Long
Office of the Chapter 13 Trustee