**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

In re:                                                                          Case No. 12-30287
Randy Scott Chitwood
Constance Efird Chitwood                                          Chapter 13
SS#:  XXX-XX-8055
        XXX-XX-3619                                                   Related Document No. 67

## *AMENDED
## TRUSTEE'S NOTICE OF COMPLETION OF MORTGAGE ARREARAGE CURE PAYMENTS AND MOTION TO DEEM MORTGAGE LOAN ACCOUNT CURRENT

### REAL PROPERTY CREDITOR: BANK OF AMERICA NA

| Trustee Claim # | Clerk Claim # | Asserted Claim Amount | Claim Type |
|---|---|---|---|
| 7 | 21 | $117,832.21 | M-Mortgage/Lease |
| 6 | 21 | $3,343.17 | N-Mortgage/Lease Arrears |

Pursuant to Fed. R. Bank. P. 3002(f)-(i) and Local Rule of Bankruptcy Practice and Procedure 3003-1 (f) (3), the undersigned Chapter 13 trustee hereby provides notice and moves the Court as follows:

1.    The debtors' Chapter 13 plan was confirmed by order entered May 30, 2012.

2. The debtors' plan contained provisions for payment by the debtors through the Chapter 13 trustee of all required conduit mortgage payments and all of the cure payments for any pre-petition and/or post-petition arrearages for the above-named real property creditor.

3.    The real property creditor, including successors, assignees, or transferees, is BANK OF AMERICA NA.

4.    The debtors have completed payments to the trustee under the Chapter 13 plan as confirmed, with any post-confirmation amendments or modifications.

5.    The final plan payment disbursement to the real property creditor by the Trustee was made on July 31, 2017.

6.    All conduit mortgage payments, as well as all arrearage cure payments and any cost advances or other contractual expense claims that have been filed with the Court and provided for by the plan, have now been made to the real property creditor by trustee payment and the real property creditor has been paid to a current status through July 2017.

7.  The debtors' responsibility to resume timely mortgage payments directly to the real property creditor begins with the payment contractually due for August 2017.  Separate notice of this requirement has been provided to the debtors.

8.  The trustee's formal history of all disbursements of conduit mortgage payments, as well as all disbursements of arrearage cure payments and any cost advances or other contractual expense claim payments due to the real property creditor, as filed with the Court and provided for by the plan, is available for review upon request and, if needed, shall be tendered to the Court if a hearing is required.

9.  The status of the debtors' mortgage loan account with the real property creditor should be deemed contractually current through July 2017.

**Wherefore, the trustee respectfully provides notice and moves the Court for an order providing as follows:**

1.  That all  mortgage loan payment requirements for the real property creditor are now contractually current through July 2017, including the completion of any required cure payments for pre -petition and/or post-petition mortgage arrearages.

2.  That the debtors shall resume direct mortgage loan payments to the real property creditor with the first such direct payment to be credited by the real property creditor for the payment contractually due for August 2017.

3.  That the Chapter 13 trustee's responsibilities under the provisions of the plan to the real property creditor and to the debtors have been satisfied.

4.  For such other relief as is appropriate and just.


DATED: August 04, 2017                                   Warren L. Tadlock
                                                         Standing Chapter 13 Trustee
                                                         5970 Fairview Road, Suite 650
                                                         Charlotte, NC  28210-2100

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

In re:                                                                        Case No. 12-30287
Randy Scott Chitwood
Constance Efird Chitwood                                                      Chapter 13
SS#:  XXX-XX-8055
          XXX-XX-3619

### NOTICE OF OPPORTUNITY FOR HEARING

The Chapter 13 trustee has filed papers in the bankruptcy case for the Debtors named above requesting
**Notice of Completion of Mortgage Arrearage Cure Payments and Motion to Deem Debtors' Mortgage
Loan Account Current for Real Property Creditor: BANK OF AMERICA NA.**

**Your rights may be affected.  You should read these papers carefully and discuss them with your
attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to
consult one.**

If you do not want the court to grant the relief requested by the trustee in the motion, or if you want the court to
consider your views on the motion, then by August 28, 2017 you or your attorney must file with the court a
written response to the motion and a request for a hearing at the following address:

Clerk, U.S. Bankruptcy Court
401 W Trade St.
Charlotte, NC  28202

If you **mail** your response to the court for filing, you must mail it early enough for the court to  **receive** it on or
before the deadline stated above.

If you file a response, then a hearing on the trustee's motion will be held at the following time and place:

Date: September 26, 2017                   Time:  9:30 am

Location:    Charles Jonas Federal Building
                    Courtroom 1-5
                    401 West Trade Street
                    Charlotte, NC 28202-1619

**No hearing will be held unless a response is filed.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought
and may enter an order granting that relief.

Dated: August 04, 2017                                          Warren L. Tadlock
                                                                              Standing Chapter 13 Trustee
                                                                              5970 Fairview Road, Suite 650
                                                                              Charlotte, NC  28210-2100

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

In re:                                                      Case No. 12-30287
Randy Scott Chitwood
Constance Efird Chitwood                                    Chapter 13
SS#:  XXX-XX-8055
       XXX-XX-3619

### CERTIFICATE OF SERVICE

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on August 04, 2017.


L. Long _____
Office of the Chapter 13 Trustee


BANK OF AMERICA NA, PO BOX 660933, DALLAS, TX  75266

BROCK & SCOTT PLLC, 5121 PARKWAY PLAZA DR STE 300, CHARLOTTE, NC  28217

PROBER & RAPHAEL, A LAW CORPORATION, 20750 VENTURA BLVD STE 100, WOODLAND HILLS, CA 91364

PROBER & RAPHAEL, PO BOX 4365, WOODLAND HILLS, CA  91365-4365

Randy Scott Chitwood, Constance Efird Chitwood, 6420 Long Meadow Lane, Charlotte, NC  28210