**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| In Re:<br>Randy Scott Chitwood<br>Constance Efird Chitwood<br>SSN# : XXX-XX-8055<br>SSN# : XXX-XX-3619 | Case No. 12-30287<br><br>Chapter 13 |

**CHAPTER 13 FINAL REPORT AND ACCOUNT**
**COMPLETED**

| | |
|---|---|
| This Case was<br>Commenced on 2/6/2012 | The Plan was<br>Confirmed on 5/30/2012 |

The Trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt, and of all disbursements, and they are incorporated by reference in this report.

RECEIPTS: Amounts paid to Trustee by or for the Debtors for the benefit of Creditors: $315,500.00

Composition Plan.  Minimum payout to unsecured creditors = 1.00%.

**CLAIMS AND DISTRIBUTIONS TO DATE**

| Trustee Claim # | Clerk Claim # | Payee | Class | Claim Amount | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| TTE | | TRUSTEE COMPENSATION | | 11,627.66 | 11,627.66 | |
| 0 | | Randy Scott Chitwood | DEBTOR REFUND | 0.00 | 0.00 | 0.00 |
| 0 | | BRIAN T BAIN | PRIOR ATTORNEY | 0.00 | 0.00 | 0.00 |
| 0 | | ATTY WITHDRAWN | ATTORNEY FEE | 0.00 | 0.00 | 0.00 |
| 0 | 0 | Randy Scott Chitwood | DEBTOR REFUND | 765.09 | 765.09 | 0.00 |
| 1 | | BRIAN T BAIN | B-Base Attorney Fee(s) | 3,250.00 | 3,250.00 | 0.00 |
| 3 | 9 | ALLEGACY FEDERAL CREDIT UNION | C-Car (910) | 12,054.89 | 12,054.89 | 1,135.89 |
| 11 | 8 | FORD MOTOR CREDIT COMPANY | C-Car (910) | 5,538.42 | 5,538.42 | 509.27 |
| 36 | | BRIAN T BAIN | L-Legal Fees | 450.00 | 450.00 | 0.00 |
| 37 | | BRIAN T BAIN | L-Legal Fees | 200.00 | 200.00 | 0.00 |
| 9 | 24 | CITY OF CHARLOTTE | M-Mortgage/Lease | 0.00 | 36,225.00 | 0.00 |
| 5 | 23 | WILMINGTON SAVINGS FUND SOCIETY | M-Mortgage/Lease | 0.00 | 51,200.35 | 0.00 |
| 7 | 21 | BANK OF AMERICA NA | M-Mortgage/Lease | 0.00 | 70,206.57 | 0.00 |
| 8 | 24 | CITY OF CHARLOTTE | N-Mortgage/Lease Arrears | 5,150.00 | 5,150.00 | 0.00 |
| 6 | 21 | BANK OF AMERICA NA | N-Mortgage/Lease Arrears | 3,343.17 | 3,343.17 | 0.00 |
| 4 | 23 | WILMINGTON SAVINGS FUND SOCIETY | N-Mortgage/Lease Arrears | 3,269.48 | 3,269.48 | 0.00 |
| 16 | 5 | INTERNAL REVENUE SERVICE | P-Priority | 41,554.89 | 41,554.89 | 0.00 |
| 38 | 26 | CITY COUNTY TAX COLLECTOR | P-Priority | 237.74 | 237.74 | 0.00 |
| 26 | 3 | CITY COUNTY TAX COLLECTOR | P-Priority | 0.00 | 0.00 | 0.00 |
| 42 | 28 | CITY COUNTY TAX COLLECTOR | S-Secured-Pro-Rata | 2,902.78 | 2,902.78 | 215.62 |
| 39 | 25 | CITY COUNTY TAX COLLECTOR | S-Secured-Pro-Rata | 2,988.90 | 2,988.90 | 206.08 |
| 17 | 2 | CITY COUNTY TAX COLLECTOR | S-Secured-Pro-Rata | 3,147.78 | 3,147.78 | 322.85 |
| 44 | 30 | CITY COUNTY TAX COLLECTOR | S-Secured-Pro-Rata | 0.00 | 0.00 | 0.00 |
| 45 | 29 | CITY COUNTY TAX COLLECTOR | S-Secured-Pro-Rata | 0.00 | 0.00 | 0.00 |
| 46 | 31 | CITY COUNTY TAX COLLECTOR | S-Secured-Pro-Rata | 0.00 | 0.00 | 0.00 |
| 15 | 5 | INTERNAL REVENUE SERVICE | S-Secured-Pro-Rata | 51,277.98 | 51,277.98 | 4,953.22 |
| 10 | 4 | FIRST CITIZENS BANK | U-Unsecured | 70,566.33 | 705.66 | 0.00 |
| 12 | 10 | INSTITUTION FOOD HOUSE INC | U-Unsecured | 8,597.73 | 85.98 | 0.00 |
| 13 | | NATIONAL COMMERCIAL SERVICES INC | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 14 | 20 | SYSCO FOOD SERV OF CHARLOTTTE | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 40 | 27 | SPRINGS LEASING CORPORATION | U-Unsecured | 17,874.27 | 178.74 | 0.00 |
| 41 | | SPRINGS LEASING CORPORATION | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 27 | 7 | OAK HARBOR CAPITAL LLC | U-Unsecured | 17,721.81 | 177.22 | 0.00 |
| 19 | 12 | AMERICAN EXPRESS | U-Unsecured | 4,481.41 | 44.81 | 0.00 |
| 20 | 6 | KEYSTONE RECOVERY PARTNERS LLC | U-Unsecured | 19,349.72 | 193.50 | 0.00 |
| 21 | 19 | MAIN STREET ACQUISITIONS CORP | U-Unsecured | 19,938.46 | 199.38 | 0.00 |

Case No.  12-30287  Chitwood

| Trustee Claim # | Clerk Claim # | Payee | Class | Claim Amount | Principal Paid | Interest Paid |
|---|---|---|---|---:|---:|---:|
| TTE | | TRUSTEE COMPENSATION | | 11,627.66 | 11,627.66 | |
| 22 | 13 | KEYSTONE RECOVERY PARTNERS LLC | U-Unsecured | 11,564.44 | 115.64 | 0.00 |
| 23 | 1 | DISCOVER BANK/DB SERVICING CORP | U-Unsecured | 3,627.35 | 36.27 | 0.00 |
| 24 | 22 | SYSCO FOOD SERV OF CHARLOTTTE | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 29 | 5 | INTERNAL REVENUE SERVICE | U-Unsecured | 63,439.46 | 634.39 | 0.00 |
| 30 | 11 | AMERICAN EXPRESS | U-Unsecured | 8,802.97 | 88.03 | 0.00 |
| 31 | 14 | AMERICAN EXPRESS | U-Unsecured | 1,391.25 | 13.91 | 0.00 |
| 32 | 15 | AMERICAN EXPRESS | U-Unsecured | 365.56 | 3.66 | 0.00 |
| 33 | 16 | ECAST SETTLEMENT CORPORATION | U-Unsecured | 11,540.04 | 115.40 | 0.00 |
| 34 | 17 | REWARDS NETWORK | U-Unsecured | 17,002.21 | 170.02 | 0.00 |
| 35 | 18 | JEFFERSON CAPITAL SYSTEMS LLC | U-Unsecured | 376.18 | 3.76 | 0.00 |
| 25 | | RHINO RESTAURANTS INC | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 28 | | GE CAPITAL RETAIL BANK | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 43 | | SHAPIRO & INGLE LLP | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 18 | | NC DEPARTMENT OF REVENUE | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| | | | **Totals** | **$424,397.97** | **$308,157.07** | **$7,342.93** |

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging Warren L. Tadlock as Trustee and releasing Warren L. Tadlock and his surety from any and all liability on account of these proceedings, and for such other and further relief as is just.

Dated:  10/13/2017

Warren L. Tadlock, Standing Chapter 13 Trustee
5970 Fairview Road, Suite 650
Charlotte, NC  28210-2100
(704) 372-9650

## CERTIFICATE OF SERVICE

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on 10/13/2017.

L.   Long
Office of the Chapter 13 Trustee

Randy Scott Chitwood, Constance Efird Chitwood, 6420 Long Meadow Lane, Charlotte, NC 28210