**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 12–30287
Chapter 13

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Randy Scott Chitwood | Constance Efird Chitwood |
| 6420 Long Meadow Lane | 6420 Long Meadow Lane |
| Charlotte, NC 28210 | Charlotte, NC 28210 |
| Social Security No.: xxx–xx–8055 | Social Security No.: xxx–xx–3619 |

# NOTICE OF CASE CLOSED WITHOUT DISCHARGE

Notice is hereby given that the case has been closed without discharge as to the above–referenced debtors due to failure to comply with 11 U.S.C. § 1328 or Bankruptcy Rule 1007(c) regarding financial management course, or Local Rule 4004–1 Discharge of Chapter 13 Debtor in Cases Filed on or after October 17, 2005.

If the above–referenced debtors subsequently file a Motion to Reopen the Case to allow for the filing of the required documentation to allow for further consideration of the discharge, the debtor(s) must pay the full filing fee due for filing such a motion.

Dated: October 16, 2017                                                                                  Steven T. Salata
                                                                                                         Clerk of Court

Electronically filed and signed (10/16/17)